IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRIAN K. HEARD**                                                                      **PETITIONER**

VS.                    **CASE NO. 5:12CV00446 SWW**

**RAY HOBBS, Director of the**
Arkansas Department of Correction                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 8th day of April, 2014.

                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE